UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE WALKER, individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> vs. </br></br> CLEAR CHANNEL COMMUNICATIONS, INC., CLEAR CHANNEL BROADCASTING INC. and LIVE NATION, INC., </br></br> Defendants. | ) ) ) ) ) ) ) ) No. 06-cv-01003-RCL ) ) ) ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL**

Please withdraw the appearance of Hilary K. Ratway as counsel for Plaintiff Julie Walker in this matter.  Her former contact information was:

>Finkelstein, Thompson & Loughran
>1050 30th Street NW
>Washington, DC 20007
>Telephone:  (202) 337-8000
>Facsimile:   (202) 337-8090

Dated:  August 24, 2006           By: /s MICHAEL G. MCLELLAN
                                  Richard M. Volin (D.C. Bar # 457292)
                                  Michael McLellan (D.C. Bar # 489217)
                                  **FINKELSTEIN, THOMPSON & LOUGHRAN**
                                  1050 30th Street, N.W.
                                  Washington, District of Columbia 20007
                                  Telephone: (202) 337-8000
                                  Facsimile: (202) 337-8090

                                  *Attorneys for Plaintiff.*