# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

August 3, 2006

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

*CA 06-1003*

Re: MDL-1745 -- In re Live Concert Antitrust Litigation

(See Attached CTO-3)

Dear Ms. Carter:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 18, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Janush Spinner_
Deputy Clerk

Attachment

cc: Transferee Judge:       Judge Stephen V. Wilson
    Transferor Judges:      (See Attached List of Judges)
    Transferor Clerks:      (See Attached List of Clerks)

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 8 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1745

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE LIVE CONCERT ANTITRUST LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-3)

On April 17, 2006, the Panel transferred three civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d_____ (J.P.M.L. 2006). Since that time, two additional actions have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Stephen V. Wilson.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of April 17, 2006, and, with the consent of that court, assigned to the Honorable Stephen V. Wilson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 3 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-3 - TAG-ALONG ACTIONS
## DOCKET NO. 1745
## IN RE LIVE CONCERT ANTITRUST LITIGATION

DIST. DIV. C.A. #                    CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  06-3454              Nicole Francoise Latour v. Clear Channel Communications, Inc., et al.
CAN 3  06-3588             Corey Rosen v. Clear Channel Communications, Inc., et al.

COLORADO
CO   1  06-1047            Lauren J. Hammer v. Clear Channel Communications, Inc., et al.

DISTRICT OF COLUMBIA
DC   1  06-1003 *RCL*       Julie Walker v. Clear Channel Communications, Inc., et al.

GEORGIA NORTHERN
GAN 1  06-1325             Daniel T. Hull v. Clear Channel Communications, Inc., et al.

INDIANA SOUTHERN
INS   1  06-883            Terry Leitner v. Clear Channel Communications, Inc., et al.

MASSACHUSETTS
MA   1  06-11020           Kevin MacLaughlan v. Clear Channel Communications, Inc., et al.

MICHIGAN EASTERN
MIE  2  06-12403           James K. Friedman v. Clear Channel Communications, Inc., et al.
MIE  2  06-12447           Jennifer Zbytowski, et al. v. Clear Channel Communications, Inc., et al.

NORTH CAROLINA WESTERN
NCW 3  06-249              Coya Bailey v. Clear Channel Broadcasting, Inc., et al.

OHIO SOUTHERN
OHS  1  06-323             Daniel John Woodring v. Clear Channel Communications, Inc., et al.

PENNSYLVANIA EASTERN
PAE  2  06-2225            Melissa Lewis v. Clear Channel Communications, Inc., et al.

TEXAS SOUTHERN
TXS  4  06-2064            Shane Prince v. Clear Channel Communications, Inc., et al.

WISCONSIN WESTERN
WIW 3  06-294              Katherine Ludt v. Clear Channel Communications, Inc., et al.

# INVOLVED COUNSEL LIST (CTO-3)
## DOCKET NO. 1745
## IN RE LIVE CONCERT ANTITRUST LITIGATION

Patrick E. Cafferty
Miller Faucher & Cafferty, LLP
101 North Main Street
Ann Arbor, MI 48104

David H. Fink
Miller Law Firm
950 W. University Drive
Suite 300
Rochester, MI 48307

Jeffrey S. Goldenberg
Murdock, Goldenberg, Schneider & Groh
35 E. Seventh Street
Suite 600
Cincinnati, OH 45202

Michael D. Gottsch
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Roger B. Greenberg
Schwartz Junell Campbell & Oathout, LLP
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010

Corey D. Holzer
Holzer & Holzer, LLC
1117 Perimeter Center West
Suite E107
Atlanta, GA 30338

Jonathan M. Jacobson
Wilson, Sonsini, Goodrich & Rosati
12 East 49th Street
30th Floor
New York, NY 10017

Susan Lacava
Susan Lacava, S.C.
23 N. Pinckney
Suite 320
Madison, WI 53703

Neal Lewis
Lewis & Associates
P.O. Box 68
Orland, IN 46776

Charles W. Lilley
Charles Lilley & Associates, P.C.
1600 Stout Street
#1100
Denver, CO 80202

James R. Malone, Jr.
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Edward Notargiacomo
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Andrew J. Ogilvie
Kemnitzer, Anderson, Barron & Ogilvie
445 Bush Street
6th Floor
San Francico, CA 94108

Ali Oromchian
Finkelstein, Thompson & Loughran
601 Montgomery Street
Suite 665
San Francisco, CA 94111

Richard Maxwell Volin
Finkelstein, Thompson & Loughran
1050 30th Street, NW
Washington, DC 20007

James F. Wyatt, III
Wyatt & Blake, LLP
435 East Morehead Street
Charlotte, NC 28202-2609

# INVOLVED JUDGES LIST (CTO-3)
## DOCKET NO. 1745
## IN RE LIVE CONCERT ANTITRUST LITIGATION

Hon. Robert E. Blackburn
U.S. District Judge
A741 Alfred A. Arraj U.S. Courthouse
901 9th Street
Denver, CO 80294-3589

Hon. Julian Abele Cook, Jr.
Senior U.S. District Judge
U.S. Courthouse, Room 730
231 W. Lafayette Boulevard
Detroit, MI 48226

Hon. Jan E. DuBois
Senior U.S. District Judge
12613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1766

Hon. William S. Duffey, Jr.
U.S. District Judge
1721 Richard B. Russell Federal Building &
U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey United States District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. John Feikens
Senior U.S. District Judge
U.S. Courthouse, Room 851
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Royce C. Lamberth
U.S. District Judge
2010 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. Larry J. McKinney
Chief Judge, U.S. District Court
204 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Graham C. Mullen
Senior U.S. District Judge
230 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Patti B. Saris
U.S. District Judge
8110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. John C. Shabaz
U.S. District Judge
P.O. Box 591
Madison, WI 53701

Hon. S. Arthur Spiegel
Senior U.S. District Judge
838 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

# INVOLVED CLERKS LIST (CTO-3)
## DOCKET NO. 1745
## IN RE LIVE CONCERT ANTITRUST LITIGATION

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Frank G. Johns, Clerk
210 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th St.
Denver, CO 80294-3589

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Joseph W. Skupniewitz, Clerk
U.S. District Court
P.O. Box 432
Madison, WI 53701-0432

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones U.S. Courthouse
595 Main Street
Worcester, MA 01608